JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN UCHE-UWAKWE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Richard McDonough,<br><br>　　　　Defendant. | Case 5:22-cv-1782-JGB-SHK<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## **JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant's Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.
3. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge